

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00084-CR

CRAIG EUGENE TAYLOR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18F1293-005

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Appellant Craig Eugene Taylor was convicted in Bowie County, Texas, of aggravated robbery and was sentenced to forty years' incarceration. The trial court appointed Alwin Smith to represent Taylor on appeal. Smith has filed a motion to withdraw as appellate counsel for Taylor and has asked this Court to abate Taylor's appeal to the trial court for appointment of new appellate counsel.

In his motion, Smith states that he was appointed to serve as the justice of the peace for precinct one in 2018 following the death of the sitting judge. While conducting research for Taylor's brief, Smith discovered that, during the time he was serving as justice of the peace, he approved the probable cause affidavit for Taylor's arrest and issued the arrest warrant for Taylor. Based on these events, counsel has determined that the Texas Disciplinary Rules of Professional Conduct and the Code of Judicial Conduct prohibit him from representing Taylor on appeal. Because we agree, we grant Smith's motion to withdraw, and we abate this case to the trial court for the appointment of new appellate counsel. The appointment is to be made within ten days of the date of this order. A memorialization of the trial court's appointment shall be entered into the record of this case and presented to this Court in the form of a supplemental clerk's record within five days of the date of appointment.

Upon receipt of the supplemental clerk's record contemplated by this order, our jurisdiction over this appeal will resume and we will establish a new briefing schedule.

IT IS SO ORDERED.

BY THE COURT

Date:   December 8, 2020